# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RASHAUN HOLLINS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 8874 |
| | ) |
| **STATEVILLE I.D.O.C.**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court's threshold review of the pro se Complaint sought to be advanced under 42 U.S.C. § 1983 ("Section 1983") by prisoner Rashaun Hollins ("Hollins") triggered its issuance of a December 26, 2013 memorandum order ("Order") that addressed several problematic aspects of Hollins' presentation. Most importantly for present purposes, one of those aspects was Hollins' failure to demonstrate that he had exhausted all available administrative remedies before bringing suit -- a precondition under 42 U.S.C. § 1997e(a) to filing any such Section 1983 prison-conditions lawsuit.

That being the case, the Order concluded by granting Hollins ample time (until January 20, 2014) to cure that omission, coupled with the statement that his failure to provide a showing of such exhaustion "will result in the dismissal of this action without prejudice." Just before that date (on January 17) the Clerk's Office received a handprinted letter from Hollins in which he explained that the current unavailability of the law library at Vandalia Correctional Center (where he is now in custody), coupled with the fact that the institution was on lockdown because of the prevalence of flu among the inmates, had made it impossible for him to meet the

January 20 deadline. Because of those circumstances this Court grants Hollins an extension to February 7 (about 2-1/2 weeks) to provide the requested information.

                                                            _____
                                                            Milton I. Shadur
                                                            Senior United States District Judge

January 23, 2014